# Exhibit B



- Products
  - ST ViewScan
    - ST ViewScan Product Video
  - zeta
    - zeta Product Video
  - ST BookScan Center™
  - ST BookReader Center™
  - ST Remote Film Access
  - Motorized Combo Carrier
  - ST Companion
  - ST200 Products
    - ST200X Microfiche System
      - ST200X MOCA
    - ST200X New Ultra Series
      - ST200X Product Brochure
      - Comparison
      - ST200X Green Machine
    - ST200 Professional Series
      - ST200 Security Lock Hardware
- Where to Buy
  - ST Imaging Product Information
  - Map of Authorized Resellers
- Where to See
- Support
  - Software
  - Warranty
  - Site Map
- News
- Contacts
  - About Us

# ST Imaging Announces Automatic Film Scanning for ST ViewScan®

Home » News » ST Imaging Announces Automatic Film Scanning for ST ViewScan®

**CONTACT:**
Dan Donaldson
ST Imaging
(847) 501-3344

## ST Imaging Announces Automatic Film Scanning for ST ViewScan®

*–A faster way for library patrons to capture multiple pages from microfilm—*

**Northbrook IL, December 19, 2011 –** ST Imaging (ST) (www.stimaging.com), a technology provider of micrographics and book scanning technology, announced new software option to quickly scan multiple pages from microfilm automatically via its ST AutoScan™ feature.

ST AutoScan with artificial intelligence, AI-Assist™, adds the ability to automatically move and scan microfilm while automatically enhancing and cropping the image.   ST AutoScan will repeat the process to quickly capture a specific number of images or an entire roll. AI-Assist more accurately identifies each frame or image on the roll, eliminating page skips or partial images caused by photo or other dark content as being the end of a page. "Although other companies offer this feature, their solutions were slow, did not work very well, and missed images" said Dan Donaldson, director, imaging products for ST.  "Our system offers more advanced edge detection to ensure that we are capturing the image accurately and do not miss any pages, and on top of that, our system is much faster than competing products in the market today."

ST Imaging's exclusive AutoScan AI-Assist eliminates most false edge detection errors caused by photos and other difficult content.  ST AutoScan is designed to allow the library patron to scan the complete roll of film or multiple pages sequentially from the same roll.  Donaldson added, "With this product, we have overcome some of the common industry issues of slow performance and poor edge detection resulting in partial, duplicate, or skipped pages. We have a product that libraries should feel confident presenting to their patrons."

A limited version of ST AutoScan will be included at no additional cost in the ST ViewScan software, and will be available as a free upgrade for existing customers.   Also included with each ST ViewScan is a copy of ResCarta® software for archiving and indexing libraries of scanned images.

For more information about ST's AutoScan or other microfilm scanning products, visit us at www.stimaging.com, or call (847) 501-3344; or email sales@stimaging.com.  Also, be sure to visit ST Imaging at the ALA Midwinter Meeting, January 20-24, 2012 in Dallas, booth 1802 and qualify for a special introductory ST AutoScan price.

**About ST Imaging**

ST Imaging is a leading worldwide manufacturer and distributor of micrographic and other collection scanning solutions. Founded in 1989, the company was acquired in 1999 by Digital Check Corp, a provider of distributed-capture check scanners for the financial industry. In 2004 ST introduced the revolutionary all digital ST200 digital film viewer and scanner, replacing the old reader/printers and changing the way library customers look at film.

In 2010, ST Imaging introduced the new ST ViewScan library film scanner.  It incorporates the latest hardware and software technologies to enhance the scanning process for patrons while dramatically reducing the size of the scanner.  The product line was also expanded to include the new Touch screen Book Scanner.

The company manufactures and distributes film and book scanners that are available worldwide through a network of Authorized Resellers and are supported by ST Imaging's comprehensive fulfillment, training, support, warranty and repair services.

« Previous

## Related Posts

- ST Imaging Announces Remote Access and Viewing of Microfilm Libraries

Case 2:11-cv-01157-JPS   Filed 12/21/11   Page 3 of 4   Document 1-2

- ST Imaging ViewScan Microfilm Scanner Can Now Be Used with Minolta, Canon, and Alos Carriers
- ST Imaging Announces the Premier of the New Zeutschel Zeta Book Scanner
- ST Imaging Announces New Pay Based ST ViewScan® and ST BookScan Center Features

Comments are closed.

- Products
  - ST ViewScan
    - ST ViewScan Product Video
  - zeta
    - zeta Product Video
  - ST BookScan Center™
  - ST BookReader Center™
  - ST Remote Film Access
  - Motorized Combo Carrier
  - ST Companion
  - ST200 Products
- Where to Buy
  - ST Imaging Product Information
  - Map of Authorized Resellers
- Where to See
- Support
  - Software
  - Warranty
  - Site Map
- News
- Contacts
  - About Us
- Image Scanning Software
- Digital Microfilm Reader Printer

---

1.847.501.3344

Manufacturers of Custom Micrographic Equipment

© 2011 ST Imaging. All rights reserved.